Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
_Middle_ District of _Alabama_

2026 MAY 19 P 4: 52

_Civil_ Division

TREY G...
U.S. DIST...
MIDDLE DI...

Audrey L. Kimner

**Plaintiff(s)**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Gere Beasley + Beasley Allen Law Firm

**Defendant(s)**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.    2:26-cv-00399-RAH-SMD

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒Yes ☐No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Audrey L. Kimner |
| Street Address | P.O. Box 1493 |
| City and County | Carmel, Monterey |
| State and Zip Code | CA.    93921 |
| Telephone Number | 831-220-5818 |
| E-mail Address | Camjer2026@aol.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                         *Jere Beasley*

Job or Title *(if known)*    Owner

Street Address               218 Commerce St.

City and County              Montgomery        Montgomery

State and Zip Code           Alabama           36104

Telephone Number             800-898-2034

E-mail Address *(if known)*  N/A

Defendant No. 2

Name                         *Beasley Allen Law Firm*

Job or Title *(if known)*    Law Firm (Business)

Street Address               218 Commerce St.

City and County              Montgomery        Montgomery

State and Zip Code           Alabama           36104

Telephone Number             800-898-2034

E-mail Address *(if known)*  N/A

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal question               ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Article 1, Bill of Right*
*Victims Rights Laws*
*(18 USC 3771, applies)*
*Civil Liberties and U.S. Constitutional Rights.*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship    *ADA Rights 1, 14, 8, 4*

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _Audrey L. Kimner_ , is a citizen of the State of *(name)* _California_.

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

        and has its principal place of business in the State of *(name)*

        _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _Jere Beasley_ , is a citizen of the State of *(name)* _Alabama_. Or is a citizen of

        *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.   If the defendant is a corporation *(Individual)* *Pure Beasley, Alabama.*

The defendant, *(name)* *Beasley Allen Law Firm* is incorporated under

the laws of the State of *(name)* *Alabama*, and has its

principal place of business in the State of *(name)* *Alabama* .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)* *See attached*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

*The plaintiff request $200,000,000 due to Billions in loss involving IP Theft, defendants Profiting off of the plaintiffs case under the color of law while soliciting by phone and mail in a CA jurisdiction only case.*

**III.   Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*The plaintiff is allowed damages for intent and losses. See Typed attached.*

**IV.   Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. *See attached Typed explanation and exhibits attached.*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11. *This case is not frivolous and the plaintiff*

### A.    For Parties Without an Attorney *has provided the proof, elctres,*
*This Case is extremely serious.    14c*
I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *5/15/2026*

Signature of Plaintiff    *Audrey L. Kimner*

Printed Name of Plaintiff    *Audrey L. Kimner*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

**Note: This case falls under Diversity and Federal Question. This case falls under Diversity, which gives Federal Court jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1332. The plaintiff has been a resident of California since 2018 to date.**

Defendant No. 1

   a.   The defendant, Jere Beasley, is a citizen of the State of Alabama, and has its principal place of business in the State of Alabama.

   b.   If the defendant is a corporation
        The defendant, Beasley Allen Law Firm, is incorporated under the laws of the State of Alabama, and has its principal place of business in the State of Alabama.

3. The plaintiff requests the defendant pay damages in the amount of $200,000,000. due to losses in the billions of dollars in business involving IP theft. The two defendants unlawfully profited off of the plaintiffs A.T. & T. case under the color of law while soliciting the plaintiff by phone and computer-email in a California jurisdiction only case. The plaintiff had a pending case against A.T. & T. when the plaintiff was solicited by phone, and later by email in August 2025 after the plaintiff spoke in open court in California on August 14, 2025. The defendants were trying to conceal Misprision of Felony. Their third party secretary solicited the plaintiff by personal phone, which is a federal offense. This is a pattern of theft of deceitfulness with Tort Firms taking over the plaintiffs Federal cases after the cases were filed and made public on Pacer, including judges refusing to sign defaults for the plaintiff. This pattern of practice has now proved that the plaintiff is owed damages. The case number 24-cv-04863 was stolen and used for profit from a California only jurisdiction case that the plaintiff filed pro se. The initial case management Conference was set for San Jose, CA Federal Court on November 07, 2024 @ 1.00 PM. As time progressed the plaintiff realized that several cases that the plaintiff had filed ended up on a multi jurisdiction private judge panel in Washington D.C. and Texas. The plaintiff is not an employee of the Firm or any State in the United States. The case has now proved that these defendants took over the case and A.T. & T. paid out $170,000,000. by using the plaintiffs written privileged case file and documents with the plaintiffs personal letter from A.T.& T. self admitting the proof from the Corporation. The solicitation of the plaintiff by phone and email a year apart is proof that the plaintiff was violated under the color of law with theft by deceitfulness intentionally.

---

**III. Statement of Claim**
**Note: Statement of Claim is not a reason to dismiss any case and does not trump the plaintiff's Federal Question.**
Fact 1. and summary:
   The Defendant's are the Law Firm and Owner, so all facts fall under both Defendant's in

1

this case. The plaintiff reached out to the Defendants at the time with no avail. The plaintiff is an entrepreneur with a global golf bag design with copyrights under Camjor Designs, which was stolen by other countries and highly reported with IC3 Reports. The plaintiff did not know that The A.T. & T.Corporation had sold the plaintiff's phone number until the plaintiff called A.T. & T. who verified the plaintiff's phone number was indeed sold. The plaintiff found out this information through a text where a woman said she was retrieving the plaintiff's text messages and held the same phone number. This happened in California jurisdiction and the plaintiff had every right to file an Product Liability Case against A.T. &T. The Corporation lied in their letter, but the plaintiff is also an assault victim with special rights under Article 1, Marsy's Law and First Amendment Rights, including rights to know who was arrested with all court dates for the person who was stalking the plaintiff and invading the plaintiff's entire life by phone and email. This included G-mail Slightly gadget as the plaintiff had forensic reports for the phone and computer.

2.
    Soliciting the plaintiff is unlawful and unethical at the Federal level with coercion. The Law Firms paralegal, Amy Ross, at phone number 334-495-1692. Direct, Amy.Ross@BeasleyAllen.com, BeasleyAllen.com, Larry A. Golston, Jr., BEASLEY, ALLEN, CROW and METHVIN, PORTS & MILES, P.C., on August 20,2025 @ 2:27 P.M. The plaintiff attended a court for a CMC on another case on August 14, 2025 and explained all Errors of Law to the San Jose, CA Federal Judge. Amy Ross called the plaintiff on the phone, which falls under U.S. Federal Laws and solicitation of the A.T. & T. case, knowingly. The plaintiff told this employee of these Defendants that the plaintiff is 'not interested in turning the plaintiff's case

2

into a Tort case and that A.T. & T. was properly served with less than a month to respond to this pending case for multi millions of dollars in damages owed to the plaintiff. The defendants simply took over the case in Alabama and profited off of the case while changing the case by stating, ' this was not a product liability case, it is a breach case. There would be no reason for the defendants to dispute the filing of the pro se plaintiff when the plaintiff's case was different because the plaintiffs rights were violated and selling the plaintiffs phone number is indeed a Product Liability case. There was no reason to argue with the plaintiff while the defendants did not have any information about the plaintiff except what was written by the plaintiff in the case in public with Pacer. The plaintiff never spoke to any lawyer at the Firm, but the plaintiff left a message with one lawyer, Alison Hawthorne, who never responded to the plaintiffs phone call. This continued until August of 2025 after Judge Edward Davila in San Jose, CA apologized to the plaintiff and requested that the plaintiff bring all cases back to California in his court to prosecute multiple defendants who took over multiple cases that the plaintiff filed in the proper jurisdiction at all times. This is the pattern of practice that played out over time by multiple Tort Firms who profited off of the plaintiff's federal cases under Federal Question and Diversity.

3.

This case is extremely serious, and has escalated from Judge Pitts concealing this case for A.T. & T., along with a judge panel with an Ohio lawyer in San Francisco. This became clear in 2026 because the plaintiff filed an appeal prior to the plaintiff knowing this case was actually stolen and profited off of by these two defendants under the color of law. This is all outrageous and under Federal Rules 59, Federal Rule 60 and Constitutional Rights, the plaintiff's case was

3

in default. There was no amend order whatsoever, so the orders are MOOT and the law was not followed. This is not only a Conspiracy, it involves Co-Conspiracy of the Defendants with forcing coercion with the plaintiff by the Defendants in Alabama who took over the plaintiffs case against A.T. & T. This is an egregious Tort now that the layers of Fraud Upon the Court is hard to digest, but the plaintiff wrote the case from experiencing the case, which A.T. & T. self admitted to make an arrest in the case. The plaintiff as an assault victim should be able to attend all court hearings and have knowledge of names of all who were stalking the plaintiff, but also who was involved in the entire Conspiracy to Oppress the plaintiff and take over the plaintiff's cases with Intellectual Property that belongs to the plaintiff. The plaintiff has recently found out that the plaintiff's copyrights were used to create the plaintiff's golf bag in New Zealand around the fashion industry with the plaintiffs work by blocking the plaintiffs Linkedin Account while Linkedin stole all of the plaintiffs global contacts. It appears that the global contacts have now also been used for profit. This is outside of the two days after Judge Casey Pitts closed the case after the Plaintiff filed a Default, China was involved in hacking in the USA, which is connected to China Broadband who Partners with Linkedin. This was to shadowban the plaintiff and silence the plaintiff so the world could profit off of the plaintiff who was exploited by bar members, Law Firms and these two Defendants with State and Federal Employees who violated the plaintiff's First Amendment Rights and Due Process of Law. The intent shows as all now have unethically and now slander the plaintiff to walk away while unlawfully calling the case under a multi jurisdiction case, which is false. These defendants are now exposed for taking over the plaintiff's personal case and privileged information for profit under theft by deceitfulness.

4

4.   This case was extremely serious and placed the plaintiff in danger. After the case was unethically closed in Default as ' frivolous' by Judge Casey Pitts, the plaintiff received gun threats on the phone and every time the plaintiff logged into the phone that was hacked. The Corporation evaded service and have now covered up for themselves by refusing to confess that they were at fault, but have paid these defendants in the amount of $170,000,000, while using the **plaintiff's confidential and privileged case file under the color of law. In fact, three days after closing the defaulted case, the press sent out in the public that China was hacking through A. T. & T..  The CA judge under oath stated falsely that the plaintiff's case was frivolous against Section 5, violations of his oath to the U.S. Constitution and shows bad behavior. This falls under impeachment worthy for this judge, and the newfound information is shocking! This outrageous case with these defendants who are under a fiduciary responsibility and ethics as members of the Bar. The plaintiff believes this also falls under Barratry per the Federal laws of the United States.**

5.   This case has continued to be concealed with clerks from the Ninth Circuit, which was concealed by an Ohio member of the Bar, including judge panels through a clerk who was running this case and others through a **senior judge panel under the color of law and calling the case a Multi District case, which allows Tort Firms to take the case for profit and cut the plaintiff out of the damages. The clerk accidentally sent the information to the plaintiff by mail and the plaintiff did not read this information until April 2026 when the plaintiff was preparing for another Tort Case in Monterey County. That case was concealed and tampered with by State judges to conceal the State's gross negligence and healthcare**

5

gross negligence that has cost the plaintiff losses that can never be returned with any amount of money. The plaintiff has sent all proof of threats and intimidation with bodily harm on the phone with threats by judges and viewing the plaintiff in open court with the defendant's present, but the judges and defendant's refusing to acknowledge themselves on skype, and in Federal Court the same judge who apologized has now forced an ex-parte hearing while blacking himself out of the skype. He also proceeded to tell the plaintiff that 'he has researched the plaintiff's neighborhood' extensively because our seaside community is historic and our homes do not have mail delivery or addresses while we are forced to use the local post office. The plaintiff has forwarded all threats to law enforcement, FBI and DOJ who have failed to act, especially in Monterey County. The plaintiff has been forced to live in Undue Influence with no safety at all while this hate crime continues, as all take the plaintiff's corporate cases who harmed the plaintiff. Duke Energy also stole the plaintiff's case and created a Tort case off of the privileged case file and refuses to correct this in NC. This was after the plaintiff's case went public, and the courts all refused Due Process under 18 U.S.C. § 3771, including all process servers who changed the location for A.T. & T. executives. See the proof attached of the location and clerks contact who took this case for all firms to profit off of under the color of law with Senior Judges, clerks and court reporters present. This is now public knowledge, and slander against the plaintiff on Pacer, as a layered Fraud Upon the Court and continued layered Hate Crime. The clerk who accidently sent the information to the plaintiff by mail has now blocked the plaintiff by email when he took the case to the judge panels in DC and TX under color of law, including against Fiduciary responsibilities and

6

his oath. **Many clerks are under malfeasants concerning the plaintiff's cases while the plaintiff simply filed slam dunk non frivolous cases and wanted to move on with her life and business. This is against the plaintiff's Civil Liberties and Constitutional Rights, including ADA Federal Rights and Due Process. This is all ongoing and shocking!**

6.    This case falls under **Pinkerton Liability, which allows an actor to be held liable for substantive crimes committed by his co-conspiractors in certain circumstances.** A defendant can be held vicariously liable for a substantive offense committed by another member of a conspiracy if: 1) The defendant was a party to the conspiracy; 2) the offense was 'within the scope of the unlawful project'; 3) the offense was committed in furtherance of the conspiracy; and 4) the defendant could have reasonable foreseen the offense as a 'necessary or natural consequence of the unlawful agreement.' Under Federal Rules, new legislation, new laws, new case laws and new evidence that was not known at the time, the plaintiff has every right to re-open the case, which was in default. Now knowing the case was mishandled intentionally and sent around for profit, this all makes perfect sense that the case was simply stolen, along with the other cases that belong to the plaintiff in this case. All involved have simply taken over the cases and created a Tort from stolen privileged information that falls under many IP Theft laws in the United States, including now on an International level with A.T. & T. and other global wiretapping and phone tapping connected to theft of the plaintiff's copyrights and entire business with all of the plaintiff's own contacts that took the plaintiff four years to gather for the plaintiff's golf businesses. This was a hate crime, retaliation and theft using all types of wires, which the laws have now been updated with legislation in representatives names and the heads of the judiciary, in Texas and D.C, through viewing the plaintiff's cases under the

7

color of law.

7.     The plaintiff's cases were sat on, the fees that were paid in full were stolen in California and self admitted to being run through a judge panel by Lucy H. Koh, which now makes sense that this was to exploit the plaintiff even further while intentionally trying to further harm the plaintiff financially and healthcare so that the plaintiff could not fight back. The defendant in this case states on video that ' he helps so many people', which is allegedly through stolen funds, but also run through nonprofits and large donations while these cases could be stolen along with mine. The judge panel information is attached with all names, clerks, court reporters and judges contacts by phone and email. By the grace of God, this was sent to the plaintiff in this case to stop the financial harm to the plaintiff, which the plaintiff now is allowed damages in the amount requested in this case, and perhaps more for the profit of the case as it was used by many other firms for profit with the plaintiff's privileged documents without the plaintiff's consent or knowledge until April of 2026 in California. There are also death benefits attached to the stolen **awarded assets that belong to the plaintiff. This is unsafe while nobody has concern for the safety of the plaintiff, or children and family that falls under Marsy's Law. Marsy's Law is clear that nobody should harass or cross state lines to harass the plaintiff as a survivor of domestic assault that took place in front of our children on Nov, 22, 2008 in South Carolina. The exact states where the heads of the judicial boards are collecting information by subpoena's, but also had their phones hacked by A.T & T., but they had no losses, only the plaintiff in this case had losses. This is while those Senator's backed other in South Carolina to run for office and create legislation under their own names with the use of the plaintiffs filed wiretapping cases. Those names include Nancy Mace,**

8

Alan Wilson by Senator Ted Cruz, and known by Senator Lindsey Graham who spoke on public video with all representatives while silencing the plaintiff who was the one with the great losses in all cases to date while the plaintiff is the one creating this content and global golf bag, which is now being sold across the world for $3,000 per bag. It looks exactly like the plaintiff designed, but the design was not what the plaintiff wanted by the computer software, which proves that it is indeed the plaintiff's bag. NZ created the bag with all components that are copyrighted under Camjor, which is owned by the plaintiff solely, including the verbiage of all cases filed by the plaintiff with new case law under Luis v Zang that Judge Lucy H. Koh tried to conceal for profit, which appears to be money laundering for immigrants and cheap labor practices in the United States.  The NZ hackers went back to the lawyer for the company and the plaintiff returned his email while he threatened the plaintiff by email. The software that hacked the plaintiff and our children by apps have the IP numbers, which the plaintiff requests all to be subpoenaed with full IP numbers internationally and the new IP numbers to see who stole the plaintiff's personal creativity. The damages could never make up for the loss and the forward downer on creativity of the plaintiff who has been a designer for many years. This has destroyed the plaintiff's life in business and personal, but now the plaintiff is being attacked by Pacer and other law orgs who are now slandering the plaintiff with fraud and false information in court orders. All orders are moot and conflict alone without the plaintiff stating anything. The hate crime and Racketeering in pockets is a serious matter, which the DOJ and AG in Washington should be heavily involved in moving forward. This case is a CIVIL WRONG with Constitutional violations and threats of bodily

9

harm with threats and intimidation in person and electronically. **This horrific matter has been well documented in California and the phone hacking was in California jurisdiction, including the theft of the plaintiff's awarded assets were stolen while CA was the proper jurisdiction in 2019, which the California judge's, reps, police, FBI, DOJ and clerk's knew about, especially our AG, Rob Bonta, Congressman Panetta, his wife Carrie Panetta and the head of the State and Federal judicial boards while all failed to act. Under IP THEFT laws, Conspiracy Liability, DTSA and UTSA laws apply, including Piracy.**

10)    The laws also include Misprision of Felony under 18 U.S.C. § 4, misappropriation, **Copyright Infringement,** 18 U.S.C.§ 371, Theft by Deceitfulness, 28 U.S.C. § 241, 18 U.S.C. § 1349, **FRAUD, Fraud Upon the Courts and violations of Due Process.**

11)    There was no amend in this California case and the plaintiff was blocked from a rebuttal, which is because the case was given to the defendants and other Tort Firms unlawfully. The plaintiff did not have proof until last month, which brings all blockages to our public courts known and the reason why. **See the proof attached. A.T. & T. has a proof of service on 8/20/2024, but failed to respond after thirty days, which is a Default. The plaintiff was in rights to re-open the case, but also called fraud upon the court in this case, including the case against the CA Representatives who willfully and knowingly no showed twice with the mentioned Judge's, Representatives and Asian orgs who tried to mislead the pro se plaintiff with false and misleading statements in the pro se department under an Asian Alliance .org, which is also concerning.**

12)    The plaintiff requested full audits of all cases and disqualifications, but all were denied in

10

CA Federal Court in San Jose, including the Ninth Circuit who worked under the color of law. The plaintiff worked in good faith and asked the defendants in this case to take the original case on contingency, but they chose to take the case and create a Tort while inviting the plaintiff to join their case, which was different from the plaintiff's case. The defendants in this case tried to conceal the theft by deceitfulness by sending the plaintiff an email in August of 2025 stating falsely that the defendants sent the plaintiff documents prior to join their federal suit, which the plaintiff declined in 2024 to date. The plaintiff was the sole owner of this case and privileged information, which falls under IP Theft and Conspiracy Laws. This was after the plaintiff divulged all information to the CA Judge Davila, along with another Firm in open court with the same issue with Judge Pitts. That case could have been stolen as well in California court for profit.

13)    **Intellectual Property theft for profit with coercion, including the courts collecting pro se cases and calling the plaintiff's cases multi litigation takes away from the Diversity filing of the Federal Court under Federal Question. This is so concerning, that it borders on Defrauding the United States by Abuse of Power and Process. This includes Title 13 a, Article 3 Charitable Fraud and Solicitation and Theft by Deception, 137.44 and Theft of Service, 137.46 (A) (2), 2 (a), 2 (b), 2 (c),2 (d) and 3. The Pinkerton Liability Doctrine fits this case, which should be taken seriously. This case is not frivolous and it is proven by the plaintiff while this is ongoing with no fundamental remedy per the plaintiff's Constitutional Rights as a United States natural citizen with no criminal record or history of any kind.**

---

11

## IV. Relief

The plaintiff requests damages in the amount of $200,000,000., including the percentage usually paid to a whistleblower for bringing this case forward. This is an ongoing matter that should have and could have been remedied in 2024, but due to the defendants in this case, the plaintiff has lost another year of time while enduring horrendous slander and libel across the globe. The plaintiff's copyrights from the invasion of privacy have cost the plaintiff up to a billion dollars a year as a designer, along with time off of work and reputation damage that may never be recovered for no reason. The plaintiff's safety has been an issue, as well as having the two grown children without their mother while being placed in danger as well from online privacy and phone taps that were well documented and known by all judges, clerks, lawyers and representatives that colluded with the defendants in Alabama. The plaintiff has endured horrific health issues and surgeries due to the disrespect and gross negligence that would have been remedied by simply placing the case forward without delay. The defendants created this delay and their case points out unlawfully and unethically that the plaintiff was at fault when this information is false. False information online and across the world is slander, not truthful statements. This was intentional that falls under punitive damages. There was also losses for the U.S.A. that could have gone to revenue through taxes, but the defendants used this case for profit, including a tax write off, as the defendant claims that 'he helps people and donates enormous amounts of money to the cancer society and for others to join him in contributions, but using stolen case monies is money laundering and fraud, along with the law mentioned above. To cut the plaintiff out and refuse to help while knowing the case was an invasion of privacy with no regard shows malice and intent. The judges should have taken this matter to

12

the proper authorities, not directing their employee to coconspire to conceal this entire case that belonged to the plaintiff. The timelines prove everything, including the case was self admitted and proven by the plaintiff. There was no 'good faith', no return calls or remedy offered under Fiduciary Responsibilities, only greed for themselves and others who did not do the work that the plaintiff did, which is privileged in nature while all are under an oath and professional ethics. The damages are intentional and punitive. The severity and disregard for the laws, including the plaintiff's wellbeing and safety is unacceptable. The medical bills alone for delaying the case while profiting has cost hundreds of thousands of dollars, along with time off of work and another year or more of multiple surgeries while the plaintiff is forced to endure the horrific insurance from SSI that does not cover the dental and medical treatment for the plaintiff who has now been robbed of her entire life and career. This is while the public and others do not truth the plaintiff and for no cause. It is heartwrenching losses that no amount of money could replace, including connection with the two grown children who are missing while nobody will search for them. The grandparents' lives have been destroyed as well, as our entire family has been harassed, robbed and left for dead with ongoing life insurance attached to awarded assets that are ongoing while all was allowed to continue due to phone hacking by A.T. & T. while the defendants prospered from the privileged documents and case that only the plaintiff brought forth that is attached to global invasion of privacy by China and other countries who were allowed to use the plaintiffs copyrights for long term gain in the Billions of dollars. This is all so outrageous while the breach was a broken contract and trust with A.T. & T. who still refused to admit to the public of what happened in the plaintiffs phone and case while nobody had losses but the plaintiffs. This is cruel and shocking, especially that our government or American Bar

13

would allow such deceitfulness to transpire and continue. The judge panel is beyond the plaintiffs comprehension, but also that Congress, Senate, and members with clerk knew about this egregious theft by wire and phone tapping. The obstruction should never be allowed to continue, and the AO gave the plaintiff a right to sue letter while nobody has immunity under fraud and new case law. The mental anguish has been unacceptable, and this is why the plaintiff should be paid a percentage of the cases from the Tort Firm, plus what the plaintiff requests in the amount of $200,000,000. for damages. The multi billion dollar revenue of the Tort Firm and Legacy defendant can easily write a check or turn this case into his legal malpractice insurance to pay the plaintiff. The defendants should pay the plaintiff within thirty days in good faith. There are many more losses of homes, cars, investments, opportunities and while the list is endless that the plaintiff is out due to this deceitful and cruel case. The plaintiff will mail this complaint on May 15, 2026.

Respectfully,

Audrey L. Kimner, pro se

*Audrey L. Kimner, pro se*

P.O. Box 1493,
Carmel, CA 93921
Camjor2026@aol.com, 831-220-5818

14 of 14 typed pages, excluding exhibits